# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG and LTS LOHMANN THERAPIE-SYSTEME AG, <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC. and MYLAN TECHNOLOGIES, INC. <br><br> Defendants. | C.A. No. 14-cv-777-RGA |

## JOINT STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs Novartis Pharmaceuticals Corporation, Novartis AG, Novartis Pharma AG and LTS Lohmann Therapie-Systeme AG (collectively, "Plaintiffs") and Defendants Mylan Pharmaceuticals Inc. and Mylan Technologies, Inc. (collectively, "Mylan") that:

1. Plaintiffs' claim in the First Amended Complaint for Patent Infringement (D.I. 53), docketed March 17, 2015, concerning Mylan's 4.6 mg/24 hr, 9.5 mg/24 hr and 13.3 mg/24 hr dosage strength rivastigmine transdermal systems, as described in Mylan's ANDA No. 20-5622, **be dismissed with prejudice**;

2. Notwithstanding the above paragraph 1, Plaintiffs shall retain the right to pursue any and all relief against Mylan (including Mylan's subsidiaries, officers, directors, employees, customers, distributors, suppliers, representatives and agents, and their successors and assigns) for infringement of U.S. Patent No. 6,335,031 ("the '031 patent) and/or U.S. Patent No. 6,316,023 ("the '023 patent") in the event that there is a material amendment or supplement to its ANDA No. 20-5622, or a material change to its ANDA products or their component(s) so as to result in infringement of the '031 patent and/or the '023 patent; and

3. The parties shall bear their own costs and attorneys' fees.

Dated: September 16, 2015

| McCARTER & ENGLISH, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Daniel M. Silver | /s/ David E. Moore |
| Michael P. Kelly (#2295) | Richard L. Horwitz (#2246) |
| Daniel M. Silver (#4758) | David E. Moore (#3983) |
| Renaissance Centre | Bindu A. Palapura (#5370) |
| 405 N. King Street, 8th Floor | Hercules Plaza, 6th Floor |
| Wilmington, Delaware 19801 | 1313 N. Market Street |
| (302) 984-6300 | Wilmington, Delaware 19801 |
| mkelly@mccarter.com | (302) 984-6000 |
| dsilver@mccarter.com | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| Of Counsel: | bpalapura@potteranderson.com |
| | |
| Nicholas N. Kallas | Of Counsel: |
| Christopher E. Loh | |
| Charlotte Jacobsen | William R. Zimmerman |
| FITZPATRICK, CELLA, HARPER & SCINTO | Jay R. Deshmukh |
| | Jonathan E. Bachand |
| 1290 Avenue of the Americas | Andrea L. Cheek |
| New York, New York 10104-3800 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| (212) 218-2100 | 1717 Pennsylvania Ave., NW |
| | Washington, DC 20006 |
| *Attorneys for Plaintiffs Novartis Pharmaceuticals Corporation, Novartis AG, Novartis Pharma AG and LTS Lohmann Therapie-Systeme AG* | (202) 640-6400 |
| | William O. Adams |
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| | 2040 Main Street, 14th Floor |
| | Irvine, CA 92614 |
| | (949) 760-0404 |
| | |
| | *Attorney for Defendants Mylan Pharmaceuticals Inc. and Mylan Technologies, Inc.* |

IT IS SO ORDERED, this _____ day of _____, 2015

                                                          _____
                                                          The Honorable Richard G. Andrews
                                                          United States District Judge